**Attachment to Civil Cover Sheet**

I(c).  Attorneys of Record.

1. **James R. Jeffcoat**
   Bar No. 30105
   Whiteford, Taylor & Preston
   7 Saint Paul Street, Suite 1500
   Baltimore, Maryland 21202-1636
   Telephone: (410)347-8736
   Email: jjeffcoat@whitefordlaw.com
   *Attorney for Mercuria Shipping Sarl*

2. **Patrick F. Lennon, Esq.**
   [pro hac vice motion forthcoming]
   Lennon, Murphy & Phillips, LLC
   The GrayBar Building
   420 Lexington Ave., Suite 300
   New York, NY  10170
   Telephone: (212) 490-6050
   Email: pfl@lmplaw.net
   *Attorney for Mercuria Shipping Sarl*

3. **Kevin J. Lennon, Esq.**
   [pro hac vice motion forthcoming]
   Lennon, Murphy & Phillips, LLC
   The GrayBar Building
   420 Lexington Ave., Suite 300
   New York, NY  10170
   Telephone: (212) 490-6050
   Email: pfl@lmplaw.net
   *Attorney for Mercuria Shipping Sarl*

4. **Alexander M. Giles, Esq.**
   Bar No. 24474
   Tydings & Rosenberg, LLP
   One E Pratt Street
   Baltimore, MD 21202
   Telephone: (410) 752-9747
   Email: agiles@tydings.com
   *Attorney for Javelin Global Commodities (UK) LTD.*

5. **Terry L. Goddard, Esq.**
   Bar No. 15460
   Skeen & Kauffman, LLP
   9256 Bendix Road, Suite 102
   Columbia, MD 21045
   Telephone: (410) 625-2272
   Email: tgoddard@skaufflaw.com
   *Attorney for UltraTech Cement Limited*

6. **John J. Sullivan, Esq.**
   [pro hac vice motion forthcoming]
   Hill Rivkins LLP
   45 Broadway, Suite 2110
   New York, NY 10006
   Telephone: (212) 669-0600
   Email: jsullivan@hillrivkins.com
   *Attorney for UltraTech Cement Limited*