# Exhibit 1

1. **Pre-shipment documentation**

    - All cargo declarations, MSDS or SDS (Material Safety Data Sheets / Safety Data Sheet), certificates of analysis, and shipper's instructions provided prior to loading.

    - Any correspondence with shippers, agents, or surveyors concerning cargo description, classification, or handling requirements.

2. **Loading and stowage records**

    - Loading plans, stowage plans, and records of segregation or special precautions taken at CSX/CSXT's terminal.

    - Instructions issued to the Master or crew regarding safe carriage of the cargo.

3. **Logs and operational records**

    - Deck and engine room logbooks, cargo logs, temperature/pressure monitoring records, and any alarms or incident reports from the Vessel's arrival in Baltimore on or about 16 August 2025 to present.

4. **Incident reports and communications**

    - The Master's statement, crew witness statements, contemporaneous reports, and any communications with port, local, or federal authorities, P&I Club, H&M underwriters, or emergency responders (to include, but not limited to, the Baltimore City Fire Department).

    - Internal investigation report, video, photographs, or root-cause analyses prepared following the incident.

    - Communications to/from/with the US Coast Guard

    - Any documents received from the US Coast Guard, including, but not limited to COTP Orders and PSC inspection/exam reports.

    - Any documents submitted to the US Coast Guard by Owners including, but not limited to, LEL reports/notifications, marine chemist certificates, salvage and repair plans, damage assessments, and any notices to the US Coast Guard concerning any noticeable change in stability, draft readings, Vessel position, or signs of pollution.

5. **Testing, survey and expert reports**

    - Any surveys, inspections, monitoring logs, or expert reports (whether appointed by you, shippers, insurers, or third parties) relating to the cause, extent, or consequences of the explosion.
    - Any logs, reports, or certificates recorded or issued by any marine chemist attending onboard the Vessel from cargo loading to present.
    - The results of any testing completed on cargo samples.

6. **Financial and claims documents**

    - Invoices, repair estimates, deviation expenses, and other costs incurred or that Owners reasonably anticipate claiming in this matter.
    - Details of any insurance claims submitted in connection with the Incident.

7. **Other Documents:**

    - The RightShip Inspection report from the inspection conducted on or about 16 August 2025.
    - Vessel electrical diagrams starting with those for Hold 2