UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MERCURIA SHIPPING SARL, JAVELIN GLOBAL COMMODITIES (UK) LTD. and ULTRATECH CEMENT LIMITED,<br><br>      Petitioners,<br><br>For Order Authorizing Discovery Pursuant to Federal Rule of Civil Procedure 27 | 25-cv-03207-MJM<br><br>**ORDER TO SHOW CAUSE** |

Upon the annexed affidavit of Patrick F. Lennon dated September 26, 2025 and the Verified Petition of Petitioners, Mercuria Shipping SARL, Javelin Global Commodities (UK) Ltd. and UltraTech Cement Limited dated September 26, 2025, together with the exhibits annexed thereto, seeking an Order pursuant to Rule 27 of the Federal Rules of Civil Procedure directing the preservation of testimony and evidence in aid of anticipated litigation or arbitration, and upon all prior pleadings and proceedings had herein, it is hereby

**ORDERED** that show cause at a hearing before this Honorable Court in the United States District Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Maryland 21201, on the 8th day of October, 2025, at 10:00 a.m., via video teleconference why an Order should not be issued authorizing the preservation of testimony through depositions of identified witnesses and the production of identified documents; and it is further

**ORDERED** that copies of this Order and all supporting papers shall be served upon Linville LP and W Marine Inc. c/o Kevin O'Donovan, Esq. and Frank DeGiulio, Esq. of Palmer, Biezup and Henderson, LLP by email on or before October 3rd, 2025 and such service shall be deemed good and sufficient.

**SO ORDERED** this 2nd day of October 2025

/S/
_____
Matthew J. Maddox United States District Judge