

One East Pratt Street
Suite 901
Baltimore, MD 21202
410.752.9700
Fax 410.727.5460

**Alexander M. Giles**
410.752.9747
agiles@tydings.com

October 17, 2025

The Honorable Matthew J. Maddox
United States District Court Judge
United States District Court for the District of Maryland
101 West Lombard Street, Chambers 5C
Baltimore, Maryland 21201

  RE: In re Mercuria Shipping SARL, et al.
     <u>Civil Action No. 1:25-cv-03207-MJM</u>

Dear Judge Maddox:

  I am writing on behalf of Javelin Global Commodities (UK) Ltd. (undersigned counsel's client), Mercuria Shipping SARL, Ultratech Cement Limited, Linville LP, and W Marine, Inc. regarding Your Honor's Order dated October 8, 2025, ECF No. 13.  As Your Honor certainly knows, your Order, among other things, relates to the parties meeting and conferring in the hopes that the above-mentioned parties can voluntarily reach agreement on vessel crew member availability for deposition here in the United States in conjunction with this Rule 27 Petition.

  The particular items being addressed by this joint letter are referenced in Paragraphs 3 and 4 of Your Honor's Order.  In particular, Paragraph 4 stated as follows:

> If any matters remain in dispute after the conference of counsel, each party SHALL file a letter with the Court no later than October 16, 2025, notifying the Court of the remaining disputes and attaching any proposed order.

ECF No. 13.

  We collectively want to assure Your Honor that we have collectively communicated with each other and those discussions began immediately after the October 8, 2025 virtual hearing.  Since then we have collectively drafted a proposed Joint Stipulation, and U.S. counsel have worked in collaboration with each other to propose certain further revisions.  As of yesterday evening, the primary US counsel for these entities reached a counsel-level agreement on the content of such a proposed Joint Stipulation, and we have all now shared that proposed Joint Stipulation with our respective UK counsel, P&I Club representatives, and clients to obtain authority from all relevant sources, and we are each awaiting final approval from our respective contacts.



The Honorable Matthew J. Maddox
October 17, 2025
Page 2

Because US counsel have agreed to a proposed Joint Stipulation there is presently no dispute between the parties that would have required a report by October 16 to the Court as per paragraph 4 of the Order. Counsel expect to receive instructions by Monday's hearing, but in the interest of full disclosure believed it appropriate to provide the Court with a status report as to the discussions.

If Your Honor has any questions for counsel, please feel free to contact us your earliest convenience.

Respectfully submitted,

*/s/ Alexander M. Giles*

Alexander M. Giles

cc: All counsel of record (via ECF)

6462926.1