

Report No. CSLBAL-5654/CIK
File Ref.: US-CL-2025-5864/CIK

**Baltimore Offices**
Tel: (718) 477 1800 - Main
www.cslglobal.com

January 21, 2026

```
_____ FILED        _____ ENTERED
_____ LOGGED  ✓    _____ RECEIVED

       JAN 2 2 2026

        AT BALTIMORE
    CLERK, U.S. DISTRICT COURT
      DISTRICT OF MARYLAND
BY _____ DEPUTY
```

Via Courier (FedEx)

The Honorable Matthew J. Maddox
United States District Court
(for the District of Maryland)
101 West Lombard Street
Chambers 5 C
Baltimore, Maryland 21201

Ref.:     **MV 'W-Sapphire' – Explosion August 18, 2025**
          **Court Appointed Designated Independent Marine Surveyor**
          Court Order #27 – Civ. No. MJM-25-3195    (Judge M.J. Maddox)

Dear Judge Maddox,

Attached, as requested, please find the Thumb Drive containing all reviewed, received, and obtained documents as well as survey photos. The drive contains file folders identifying contents and origin of documents. You will find all Documents listed via Roman Numerals in the Report (pages 3 & 4) with their corresponding Roman Numeral in the Report File Folder. A number of documents are identified by their Bate Stamp numbers; all those documents were provided by counsel representing Vessel's interests, Mr. O'Donovan, and can be found in that file folder (bate stamps numbers are not sequential due to the Mr. O'Donovan's selection of documents provided).

In trust that the file folders are workable. Please let me know in the event that you have any questions.

Kind regards,

*[signature]*
Capt. Ivo Knobloch
CSL Global Ltd.